IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas Marvin Fair, Jr., ) | C/A No. 0:10-1268-RMG-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Jon E. Ozmint, *Director for the South* ) | |
| *Carolina Department of Corrections*; Robert ) | **ORDER** |
| E. Ward, *Division Director of Operations for* ) | |
| *the South Carolina Department of Corrections*; ) | |
| James E. Sligh, Jr*., Operations Coordinator of* ) | |
| *the South Carolina Department of Corrections* ) | |
| *and the rest of the Prison Rape Elimination* ) | |
| *Act Review Committee et al.*; Anthony J. ) | |
| Padula, *Warden of Lee Correctional* ) | |
| *Institution*; C. York, *Classification* ) | |
| *Caseworker at Lee Correctional Institution*; ) | |
| Bruce Oberman, *Special Management Unit* ) | |
| *Administrator at Lee Correctional Institution*; ) | |
| Anthony Davis, *Lieutenant at Lee Correctional* ) | |
| *Institution*; R. Hilton, *Classification* ) | |
| *Caseworker at Lee Correctional Institution*; all ) | |
| in their individual and official capacities, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The plaintiff, Thomas Marvin Fair, Jr. ("Plaintiff"), a self-represented state prisoner, brings this action pursuant to 42 U.S.C. § 1983. This civil rights matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC on the Plaintiff's motion for free copies. (ECF No. 26.)

Plaintiff was granted leave to proceed *in forma pauperis* in this matter pursuant to 28 U.S.C. § 1915. (Order, ECF No. 9.) This status exempts litigants from paying the filing fees in full at the time the lawsuit is filed; it does not exempt litigants from the costs of copying and filing documents,

service of documents other than the complaint, costs, expert witness fees, or sanctions. See, e.g., In re Richard, 914 F.2d 1526 (6th Cir. 1990) (stating that the granting of *in forma pauperis* status "does not give the litigant a right to have documents copied and returned to him at government expense"); Boring v. Kozakiewicz, 833 F.2d 468 (3d Cir. 1987) (upholding the district court's denial of a civil plaintiff's request for funds to pay an expert medical witness and observing that neither 28 U.S.C. § 1915 nor any other authority provides for such funding). Therefore, Plaintiff's motion is denied. (ECF No. 26.)

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 23, 2010
Columbia, South Carolina